# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2011

142297 & (116)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TOMMY JOE BARROW,
    Plaintiff-Appellant,

v

MAYOR OF DETROIT, CITY OF DETROIT,
DETROIT BOARD OF CANVASSERS,
DETROIT ELECTIONS COMMISSION,
DETROIT CITY CLERK, DANIEL BAXTER,
DOROTHY BURRELL, EDWARD
HARTOUNIAN, WALTER KOPPY, EDWIN
UKAGBU, GEORGE AZZUZ, WAYNE
COUNTY BOARD OF CANVASSERS, KRISTA
HARTOUNIAN, CAROL LARKIN, JOSEPH
XUEREB, and JOHN DOE #2,
    Defendants-Appellees.

SC: 142297
COA: 298128
Wayne CC: 10-003994-AW

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

y0228